UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
DEC 1 1 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   07 CR 799 |
| | ) | Nan R. Nolan |
| CARLOS PANADERO a/k/a "CJ" | ) | United States Magistrate Judge |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

Name:                    CARLOS PANADERO a/k/a "CJ"
Date of Birth:
Sex:
Prisoner No.:            192313

has been and now is, in due form and process of law, detained in the following institution:

DuPage County Jail.

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois for a violation of Title 21, United States Code, Section 846 and is now wanted in such division and district on January 2, 2008 at 10:30 a.m. for an initial appearance before Your Honor in courtroom 1858.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this behalf directed to the following persons:

| | |
|---|---|
| UNITED STATES MARSHAL<br>Northern District of Illinois<br>Chicago, Illinois | SHERIFF<br>DuPage County Jail<br>Wheaton, Illinois |

commanding them to produce the body of the said prisoner before this Court at said time and on said date, and that when the said prisoner shall be so produced pursuant to said Writ, and that when these proceedings have been so concluded, the government will move to remand the defendant to the custody of the U.S. Marshals.

                            Respectfully submitted,

                            PATRICK J. FITZGERALD
                            United States Attorney

By: _____
     STEVEN J. DOLLEAR
     Assistant United States Attorney
     219 S. Dearborn Street
     Suite 500
     Chicago, IL 60604
     312 - 353-5359

Dated: December 11, 2007