# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 799 - 12 | **DATE** | 12/11/2007 |
| **CASE TITLE** | USA v Carlos Panadero, Jr | | |

**DOCKET ENTRY TEXT**

Order Writ of Habeas Corpus Ad Prosequendum to issue as to **Carlos Panadero, Jr.** returnable on 01/02/08 at ~~10:03~~ a.m. 10:30

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Writ issd 12-12-07

| | Courtroom Deputy Initials: | LXS |
|---|---|---|