Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 799 - 12 | **DATE** | 1/2/2008 |
| **CASE TITLE** | USA vs. Carlos Panadero, Jr | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Carlos Panadero, Jr appears in response to arrest on 01/02/08. Defendant informed of his rights. Enter Order appointing Panel Attorney Michael B. Mann as counsel for defendant for initial appearance only. Government seeks detention. Defendant waives the detention hearing without prejudice to defendant's right to move at a later time for release on conditions. Defendant will remain in custody pending trial or until further order of the Court. Defendant waives his right to preliminary examination. Enter a finding of probable cause; Order defendant bound to the District Court for further proceedings. Defendant is hereby remanded into federal custody - forthwith.

Docketing to mail notices.

00:05

| | | Courtroom Deputy Initials: | LXS |
|---|---|---|---|