UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED
JAN 0 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of    US vs Ju Wen Zhou    Case    07 CR 799-12

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Carlos Panadero JR.

| SIGNATURE | s/ Michael B. Mann    MICHAEL B. MANN |
|---|---|
| FIRM | |
| STREET ADDRESS | PO Box 641 |
| CITY/STATE/ZIP | Maywood, Ill. 60153 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 1753081 | 630 258 9769 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES [X]   NO [ ]

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES [X]   NO [ ]

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES [X]   NO [ ]

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES [X]   NO [ ]

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]    APPOINTED COUNSEL [X]