Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 799 - 12 | **DATE** | 02/25/08 |
| **CASE TITLE** | USA vs. Carlos Panadero, Jr | | |

**DOCKET ENTRY TEXT**

Status hearing held. Counsel for defendant not present (out of town). Status hearing regarding bond is reset to 02/28/08 at 2:00 p.m. Defendant to remain in cutody.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | LXS |
|---|---|---|