

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 799 - 12 | DATE | 02/22/08 |
| CASE TITLE | USA vs. Carlos Panadero, Jr | | |

**DOCKET ENTRY TEXT**

Arraignment proceedings held. Defendant informed of his rights. Defendant waives formal reading of the Indictment and enters a plea of not guilty. Rule 16 conference to be held by 03/21/08. Pretrial motion(s) to be filed by 04/18/08. Response(s) are due by 05/16/08. Status hearing before Judge Guzman is set for 05/22/08 at 10:30 a.m. Enter excludable time from 02/22/08 to and including 05/22/08. Detention hearing held. Defendant's oral motion for release on bond is granted over the government's objections. Bond is set at $25,000.00. Defendant to post 10% ($2,500.00) no later than 02/25/08. Status hearing is set for 02/25/08 at 10:30 a.m. regarding follow up on bond. Defendant to remain in custody until further order.   (X-E)

Docketing to mail notices.

00:15

| | | Courtroom Deputy Initials: | LXS |
|---|---|---|---|